TREG R. TAYLOR
ATTORNEY GENERAL

Eugene F. Hickey (Alaska Bar No. 1805042)
Senior Assistant Attorney General
Department of Law
PO Box 110300
Juneau, AK 99811-0300
Telephone: (907) 465-3600
Facsimile: (907) 465-2520
Email: gene.hickey@alaska.gov

Attorney for State of Alaska

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, DEPARTMENT OF COMMERCE, COMMUNITY AND ECONOMIC DEVELOPMENT, DIVISION OF ECONOMIC DEVELOPMENT,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>OCEAN WAVE (Official No. 582944), In Rem: GEOFFREY L. PETERSEN and AUDRA A. PETERSEN,<br><br>　　　　　Defendants. | Case No.: 1:21-cv-00019-JMK-KFR<br><br>**STATUS REPORT – SETTLEMENT/NOTICE OF SETTLEMENT** |

The above matter has been settled and the Parties request 30 days from today to finalize the written settlement agreement. In the interim, the parties further request the Court stay all further proceedings in the case, including the submission of the Scheduling

and Planning Conference Report, pending the filing of settlement documents, entry of judgment and dismissal of the action upon notice by counsel.

DATED: December 28, 2021.

>
> TREG R. TAYLOR
> ATTORNEY GENERAL
>
> By: /s/ *Eugene F. Hickey*
> Eugene F. Hickey (Alaska Bar No. 1805042)
> Senior Assistant Attorney General
> Attorney for the State of Alaska

*State of Alaska et al. v. Ocean Wave et al.*  Case No.: 1:21-cv-00019-JMK-KFR
Status Report – Settlement/Notice of Settlement  Page 2 of 2
Case 1:21-cv-00019-JMK-KFR   Document 11   Filed 12/28/21   Page 2 of 2